UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| US CAPITAL/NOBLE CAPITAL TEXAS REAL ESTATE INCOME FUND, LP, <br><br> Plaintiff, <br><br> v. <br><br> JADON NEWMAN, et al., <br><br> Defendants. | Case No. 19-cv-02750-WHO <br><br> **ORDER OF DISMISSAL** <br><br> Re: Dkt. No. 35 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. The Clerk shall close the case.

Dated: April 26, 2021

_____
WILLIAM H. ORRICK
United States District Judge